# Court of Appeals
# of the State of Georgia

ATLANTA,   July 08, 2014

*The Court of Appeals hereby passes the following order:*

**A14E0033.  MATTHEWS v. THE STATE.**

On June 3, 2014, the Glynn County Superior Court issued three orders revoking appellant's probation. Thus, pursuant to OCGA § 5-6-35, appellant was required to file an application for discretionary appeal by July 3, 2014. However, appellant failed to meet this deadline and did not move this Court for an extension of time to file until July 7, 2014. The Supreme Court of Georgia has recently held that even appellate courts "have no authority to create equitable exceptions to jurisdictional requirements imposed by statute." *Gable v. State*, 290 Ga. 81, 85 (720 SE2d 170) (2011). Accordingly, appellant's motion for an extension of time in which to file his discretionary application is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/08/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*